IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN CONTERA DE RIVERAS, et al., | : | |
| | : | |
| v. | : | Civ. No. 16-964 |
| | : | LEAD CASE |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | : | |
| | : | |

| | | |
|---|---|---|
| FANY MANZANARES HERNANDEZA, et al., | : | |
| | : | |
| v. | : | Civ. No. 16-1935 |
| | : | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | : | |
| | : | |

| | | |
|---|---|---|
| MARISELA ALIZETH LAGOS ZEPEDA, et al., | : | |
| | : | |
| v. | : | Civ. No. 16-3734 |
| | : | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et al. | : | |

## O R D E R

**AND NOW**, this 13th day of July, 2016, it is hereby **ORDERED** that the above-captioned Habeas Petitions shall be consolidated with Civ. No. 16-964, placed in suspense, and marked as closed for statistical purposes pending the Third Circuit's forthcoming decision in case number 16-1339, reviewing Castro v. U.S. Dep't of Homeland Sec., No. CV 15-6153, 2016 WL 614862, at *1 (E.D. Pa. Feb. 16, 2016).  It is further **ORDERED** that all future submissions in the above-captioned cases, or any future related cases, shall be filed on the docket corresponding with Civ. No. 16-964.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.